UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

LAURA PATT

    Plaintiff,

v.

NCL (BAHAMAS) LTD. d/b/a
NORWEGIAN CRUISE LINE

    Defendant.
_____/

## COMPLAINT

Plaintiff, LAURA PATT, by and through her undersigned attorneys, sues the Defendant, NCL (BAHAMAS) LTD. d/b/a NORWEGIAN CRUISE LINE ("NCL") and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action involving the diversity of citizenship of the parties as more fully described below and for damages in excess of $75,000.00, exclusive of interest, costs and attorney's fees; accordingly, this case falls within the jurisdiction of this Court pursuant to 28 U.S.C. §1332. Alternatively, this case falls within the admiralty jurisdiction of this Court pursuant to 28 U.S.C. §§ 1331 and 1333(1).

2. Pursuant to a forum selection clause in the subject Guest Ticket Contract drafted and issued by Defendant, this action must be brought in this Court.

3. Plaintiff is an individual and resident of Pepperell, Massachusetts.

4. The Defendant, NCL, is a foreign corporation doing business in Florida, which conducts business and maintains its principal place of business in Miami-Dade

County, Florida and was doing business as a carrier of passengers by water for hire at all material times hereto.

5. At all relevant times, the Defendant, NCL, owned, managed, chartered and/or operated the cruise vessel NORWEGIAN GEM (the "vessel").

6. On or about May 26, 2019, Mrs. Patt was transcending a staircase on board the vessel. The staircase was dimly lit and there was no contrast in the carpet.

7. Mrs. Patt went to step down the stairs and immediately fell, and sustained personal injuries as a result of the fall.

## COUNT I
## GENERAL MARITIME LAW- NEGLIGENCE

8. Paragraphs 1-7 are realleged and incorporated herein.

9. At all times material hereto, the Defendant, NCL, owed a duty to the Plaintiff to exercise reasonable care under the circumstances for the Plaintiff's safety.

10. The Defendant breached its duty of care to the Plaintiff:

　　a) by creating a dangerous condition;

　　b) by failing to correct a dangerous condition;

　　c) by maintaining a method of operation which was inherently dangerous and/or the particular operation which resulted in the Plaintiff's injury was conducted in a wrongful manner;

　　d) using ineffective and improper management systems that increased danger to others, including the Plaintiff; and

11. As a direct and proximate result of the Defendant's aforesaid negligence, the Plaintiff, Laura Patt, has suffered, and continues to suffer, bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life,

expenses of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

### **TRIAL BY JURY**

12. Plaintiff demands a trial by jury on all issues.

WHEREFORE, the Plaintiff, LAURA PATT, demands judgment against the Defendant, NCL (BAHAMAS) LTD. d/b/a NORWEGIAN CRUISE LINE, for an amount to be determined at trial by a jury, together with interest and costs and other relief deemed just and appropriate by this Honorable Court.

Respectfully submitted,

/s/ Stephen Field

Stephen D. Field, Esq.
Florida Bar No. 554111
Email: steve@field-law.com
Stephen D. Field, P.A.
75 Miracle Mile, #347255
Coral Gables, Florida 33134-9997
Office: (305) 909-1296
Direct Line: (305) 798-1335
Fax: (786) 631-5321
*Counsel for Plaintiff – Laura Patt*